IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANAI SHARKEY AND JACK SHARKEY, § § § **Plaintiffs,** § § v. § § **MEDOVA HEALTHCARE FINANCIAL GROUP, LLC d/b/a LIFESTYLE HEALTH PLANS,** § § § § § **Defendant.** § | Civil Action No. 3:19-cv-615 JURY DEMANDED |

## NOTICE OF REMOVAL

Defendant Medova Healthcare Financial Group, Inc., d/b/a Lifestyle Health Plans, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 hereby give notice of the removal of this action from the 19th Judicial District Court of the Parish of East Baton Rouge, State of Louisiana (the "State Court") to this Court. In support thereof, Defendant would respectfully show the Court the following:

### I.

1. On August 13, 2019, Plaintiffs Janai and Jack Sharkey ("Plaintiffs") filed a lawsuit in the State Court captioned *Janai Sharkey and Jack Sharkey v. Medova Healthcare Financial Group, Inc., d/b/a Lifestyle Health Plans*, Cause No. C-686456 Sec. 25, in the State Court (the "State Court Action"). In the State Court Action, Plaintiffs assert claims of denial of coverage for claims under the Employee Benefit Group Plan against Defendant that are governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. § 1001 *et seq*.

2. Defendant was served with Plaintiffs' Petition for Damages on August 16, 2019. This Notice of Removal is timely because it has been filed within 30 days of service of Plaintiffs' Petition for Damages as required under 28 U.S.C. § 1446(b).

3. Pursuant to 28 U.S.C. §1446(a), Defendant attaches a copy of all process, pleadings, and orders served in the State Court Action as Exhibits A and B.

4. The Court has original jurisdiction over this case pursuant to the Court's diversity jurisdiction provided under 28 U.S.C. § 1332(a).

5. As alleged in Plaintiffs' Petition for Damages, Plaintiffs seek monetary damages of more than $1,000,000. [Exhibit A, Plaintiffs' Original Petition at p. 7]. Accordingly, the amount in controversy in the State Court Action exceeds $75,000, exclusive of interest and costs.

6. As alleged in Plaintiffs' Original Petition, Plaintiffs are residents of the Parish of East Baton Rouge, State of Louisiana, and are therefore citizens of Louisiana Exhibit A p. 2, ¶¶ 2].

7. Defendant is a Kansas corporation with its principal place of business in Kansas, and therefore is a citizen of Kansas for diversity of citizenship purposes. As required under § 1332(a), there is complete diversity of citizenship between Plaintiffs and Defendant.

8. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the State Court from which the State Court Action is being removed lies within the Middle District of Louisiana.

**II.**

9. The Employee Group Benefit Plan is fully funded and sponsored by Janai Sharkey's former employer, Steel Enterprises. ERISA generally preempts state law and there is no state law exception if the Plan is completely self-funded. *See FMC Corp. v. Holliday*, 498, U.S. 52 (1990). Thus, only federal law applies under 29 U.S.C. § 1001 *et seq*.

10. The Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331.

11. The claims brought by Plaintiffs in this action are solely related to the administration of a fully funded company benefit plan exclusively governed by ERISA, a federal statute.

### III.

For the foregoing reasons, Defendant respectfully asks that the State Court Action be removed to this Court, and for all other relief, in law or in equity, to which they may be justly entitled.

Respectfully Submitted,

**POLSINELLI PC**

*/s/ William W. Sentell, III*
William W. Sentell, III (La. Bar No. 31962)
Polsinelli PC
1400 Lawrence Street, Suite 2300
Denver, Colorado 80202
Direct: 303.583.8287
***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I, the undersigned, do certify that a copy of the above and foregoing Notice of Removal has been served upon all counsel of record by E-mail and First Class U.S. Mail, properly addressed and postage prepaid, on September 16, 2019.

| | |
|---|---|
| Keith P. Richards | Steven J. Moore |
| 6513 Perkins Road | 6513 Perkins Road |
| Baton Rouge, LA 70808 | Baton Rouge, LA 70808 |
| keith@kprlawfirm.com | steven@stevenmoorelaw.com |

*/s/ William W. Sentell, III*
William W. Sentell, III