UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANAI SHARKEY AND JACK SHARKEY | CIVIL ACTION |
| VERSUS | |
| MEDOVA HEALTHCARE FINANCIAL GROUP, LLC d/b/a LIFESTYLE HEALTH PLANS | 19-615-SDD-EWD |

## JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered in favor of Defendant, Medova Healthcare Financial Group, LLC and against Plaintiffs, Janai and Jack Sharkey. This matter is dismissed with prejudice.

**IT IS SO ORDERED**.

Baton Rouge, Louisiana, this 14th day of April, 2020.

_____
SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

Document Number: 59942